UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 2:18-cr-26
                                                      and 2:17-cr-38
                                                    HON. ROBERT J. JONKER

JAMES CHRISTIAN STEIN,

        Defendant.
_____/

## **AMENDED ORDER OF DETENTION**

Defendant appeared before the undersigned on July 10, 2018, for an arraignment and initial appearance on the indictment charging him with Disobedience of a Court Order and Assaulting, Resisting, or Impeding a Federal Officer with Physical Contact in case 2:18-cr-26. These charges were the result of bond violations in defendant's pending case, 2:17-cr-38.

Due to the nature of these charges and for reasons stated on the record, defendant will remain in custody on both cases.

Defendant shall be detained pending further proceedings and pretrial supervision may be closed.

IT IS SO ORDERED.

                                                      */s/ Timothy P. Greeley*
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  January 16, 2019